UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Case: 1:26-mj-00045 |
| | ) | Assigned To: Judge Sharbaugh, Matthew J. |
| MICHAEL WOLF | ) | Assign. Date: 3/3/2026 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kelly McLeod, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.    I submit this affidavit in support of a criminal complaint charging MICHAEL WOLF with distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Specifically, on or about between January 12, 2026, and January 15, 2026, MICHAEL WOLF (hereinafter "WOLF") knowingly distributed child pornography via the messaging application Telegram to a Federal Bureau of Investigation ("FBI") undercover employee ("UC") located in the District of Columbia.

2.    Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

**AFFIANT BACKGROUND**

3.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2019. I am thus a "federal law enforcement officer" as defined by Fed. R.

Crim. P. 41(a)(2)(C). As part of my duties as a Special Agent, I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force (CEHTTF). In my current assignment, I investigate violations of federal law, to include human trafficking and the online sexual exploitation of children. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have written, executed, and/or participated in the execution of numerous search warrants, including search warrants of social networking platforms. As part of my duties as a Special Agent, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A and crimes related to sex trafficking and other commercial sex offenses in violation of 18 U.S.C. §§ 1591 and 1952. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) (hereafter, the "TARGET OFFENSE") have been committed by WOLF and others known and unknown.

**PROBABLE CAUSE**

6.      On July 29, 2025, members of the Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) arrested an individual (Witness #1) within the District of Columbia for Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1).  Witness #1 later proffered information regarding individuals they had communicated with about child exploitation and provided members of the FBI CEHTTF with authority to assume his online identity.

7.      Witness #1 reported during the proffer session that he had met an individual online who had forwarded him a Zoom Link and disclosed that he had "played" with a 13- to 14-year-old but wanted to go younger.  Witness #1 reported that this user lived in Chicago, Illinois but did not have any further information.

8.      Your affiant reviewed Witness #1's cellular phone pursuant to a United States District Court (USDC) of the District of Columbia (D.C.) search warrant and located a Telegram[1] conversation between Witness #1 and the Telegram user @Chgotopdad.  Your affiant reviewed the profile of this account and found that it is linked to the telephone number ███, listed a date of birth of "███," and is currently active.

9.      Your affiant found that Witness #1 and @Chgotopdad's communication began on July 28, 2025 with a Zoom link[2] being sent from @Chgotopdad to Witness #1.  @Chgotopdad described the Zoom link as a "group perv," containing "23" guys, with videos of children aged "2-17."  @Chgotopdad identified his Zoom account as "PRVtopdaddy" and advised Witness #1 his preferred ages are "3-15."  @Chgotopdad also advised that he had "showered with his 4yo

---

[1] Telegram is an online messaging application that allows users to direct message, group message, and use encrypted messaging services.
[2] Zoom is a web and application-based service that hosts video calls.

great nephew a couple years ago" and reported an interest in engaging in sexual acts with young boys.

10.     On January 8, 2026, an undercover (UC) assigned to the FBI CEHTTF assumed the identity of Witness #1.  The UC messaged @Chgotopdad and advised, "Hey friend, I'm back 😄."  The UC and @Chgotopdad began a conversation that led to @Chgotopdad indicating on January 9, 2026, "Just getting really pervy, you?" and @Chgotopdad forwarding a Zoom link on January 12, 2026 at approximately 8:01 AM Eastern Standard Time (EST).  The UC advised Chgotopdad that he was unable to join the Zoom because he was heading to class. @Chgotopdad asked the UC, "When are you finished with class?  If you need something to distract you on the way to class lmk."  The UC advised, "Oh i always need something to distract me" and @Chgotopdad messaged, "Opened a secret chat."[3]

11.     The UC found that @Chgotopdad had sent a Telegram Secret Message to the UC that stated, "There we go" and then forwarded seven videos to the UC at approximately 8:58 AM.  The UC reviewed the videos and found that six of the videos appeared to be child sexual abuse material (CSAM) and the last video was a computer-generated video of two adult males engaging in sex acts with a prepubescent child.

12.     Your affiant was provided with copies of the suspected CSAM files and reviewed them.  Your affiant observed the following three videos in particular,

a.     Video #1:  A four minute and seventeen-second-long video that begins with a title card labeled, "Dad slam his 13-year-old son."  The video begins with a fully clothed boy sitting in a chair who is injected in the arm with an unknown

---

[3] According to Telegram's Support page, tsf.telegram.org, Telegram Secret Chats use End-to-End Encryption. Secret Chats are a bundle of tools for private single-device communication. They are self-sanitizing due to self-destruct timers, and users cannot forward messages from them. Secret chats are only available on their devices of origin.

substance.  The video then cuts to a close-up view of a boy's genitals and anus with no pubic hair visible on the boy's scrotum or anus area.  A person then injects the boy again into the anus with an unknown substance.  The video then cuts to the boy having his mouth penetrated by an adult male's erect penis, followed by another syringe being injected into the boy's anus, and ending with a close-up view of an erect penis penetrating the anus of a male.

b.      Video #2:  A one minute and forty-eight-second-long video of a clothed prepubescent boy sitting on the lap of an adult male while the adult kisses the boy on the lips.  The boy then sits down on a toilet and the adult male penetrates the mouth of the boy with his erect penis.

c.      Video #3:  A one minute and twelve-second-long video of an adult male standing over top of a prepubescent boy who is nude from the waist down.  The adult male manipulates the child's penis with his hand and then licks the child's penis with his tongue.  The adult then penetrates his own mouth with the child's penis.

13.     Between January 12, 2026 and January 15, 2026, @Chgotopdad forwarded a total of ten files of CSAM to the UC via Telegram Secret Message.

14.     @Chgotopdad advised the UC that he had met "pervs" on Scruff, which the UC knows to be an online dating application.  @Chgotopdad advised that he had met a "16yo wrestler from WV," a "16yo Latino in Nashville," and a "15yo in France…"  @Chgotopdad forwarded images of these individuals that he had met on Scruff, to include images of the "16yo Latino in Nashville" and "15yo in France" with their erect penises exposed and ejaculate on their stomachs.  @Chgotopdad indicated that these images had been sent to him by the reported minors.

15.    The UC asked @Chgotopdad what he looked like because he couldn't remember, and @Chgotopdad forwarded numerous photographs to the UC which featured an older white male. @Chgotopdad advised after sending the photographs, "Pics of me from the first 63 years of my life."

16.    The UC reviewed the content of the photographs and located a photograph of the featured older white male standing in between two adult males at what appeared to be a work event. All the men in the photograph were wearing name tags with the older white male suspected of being @Chgotopdad wearing a name tag with the name "Mike Wolf" on it. The photograph is attached below, with the faces of the other men redacted:



17.    The UC also located the following photograph which appeared to be a more recent photograph of @Chgotopdad:



18.    On January 15, 2026, Verizon Wireless provided records in response to an administrative subpoena for telephone number ███████████, the phone number associated with the above-referenced Telegram account. The records stated that telephone number ████ ███████ has a listed subscriber of "Michael Wolf" at the address ████████████████ ████████████████ .

19.    On January 29, 2026, Telegram provided records in response to an administrative subpoena, advising that the Telegram account @Chgotopdad has the affiliated telephone number ██████████ and last login IP address 97.242.98.80, with timestamp 29 Jan 2026 5:27:56.

20.    A member of the FBI CEHTTF conducted a records check of the Illinois Department of Motor Vehicle (DMV) database for any driver license photographs of WOLF. The member located the following photograph attributed to Michael Wolf with a date of birth of ██████████ (63 years old). That is the same date of birth listed in the above-referenced Telegram profile and the photograph appears to be the same adult male in the photographs

above:



21.     On February 25, 2026, FBI surveillance observed Michael Wolf exiting the

building at ███████████████████████, and departing in a 2015 Silver Honda Accord

bearing IL tag ████████, which was parked on the street in front of the residence. The vehicle is

registered to Michael Wolf at the address ████████████████████████████████

███████. Surveillance teams further observed the name "Michael Wolf" listed on the digital

mailbox sign as the resident in Unit ██████

## CONCLUSION

22.     For the reasons set forth above, I submit that probable cause exists to believe that, on or about January 12, 2026, MICHAEL WOLF committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

Respectfully submitted,

_Kelly McLeod_
_____
Kelly McLeod, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on March 3, 2026.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge